We reach the conclusion that the court below correctly determined that the Secretary's decision is supported by substantial evidence and we, therefore, further conclude that the judgment of the district court should be affirmed. Bolick v. Finch, 423 F.2d 723 (4 Cir. 1970); Laws v. Celebrezze, 368 F.2d 640 (4 Cir. 1966).

Affirmed.

Beatrice J. CARSON, Appellant,

v.

Robert H. FINCH, Secretary of Health, Education and Welfare, Appellee.

No. 14112.

United States Court of Appeals,
Fourth Circuit.

May 7, 1970.

Loren (Red) BROOKS, Rita Moore and Gale Kenneth Nipp, Appellants,

v.

UNITED STATES of America, Appellee.

No. 25380.

United States Court of Appeals,
Fifth Circuit.

May 4, 1970.

John B. Culbertson, Greenville, S. C., for appellant.

William D. Ruckelshaus, Asst. Atty. Gen., Joseph O. Rogers, U. S. Atty., Kathryn H. Baldwin and A. James Barnes, Attys., Department of Justice, for appellee.

Before BOREMAN, BRYAN and WINTER, Circuit Judges.

PER CURIAM:

Upon examination of the record, briefs and appendices, we are of opinion to dispense with oral argument.

The application of appellant, Beatrice J. Carson, for social security disability benefits was denied by the Secretary of Health, Education and Welfare. The district court, upon review, found that the Secretary's denial of benefits was supported by substantial evidence and granted the Secretary's motion for summary judgment.

Gale Kenneth Nipp, pro se.

H. M. Ray, U. S. Atty., Oxford, Miss., for appellee.

ON PETITION FOR REHEARING OF 416 F.2d 1044, AND PETITION FOR REHEARING EN BANC

Before AINSWORTH and SIMPSON, Circuit Judges, and SINGLETON, District Judge.

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.